UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

BEACH HOUSE PROPERTY, LLC                    Case No. 08-11761-RAM

        Debtor.                                       Chapter 11
_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR BANKFIRST, A SOUTH DAKOTA STATE BANK, AND REQUEST FOR SERVICE OF COPIES

The law firm of **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. ("Stearns Weaver"),** pursuant to Rules 2002 and 9019, notices its appearance in the above-styled case as counsel for **BANKFIRST, A SOUTH DAKOTA STATE BANK.** All parties are requested to take notice of said appearance and to serve copies of any and all notices, applications, motions, petitions, pleadings, complaints and other matters that come before the Court in this case or any related adversary proceeding on HAROLD D. MOOREFIELD, JR., of said law firm at the following address:

HAROLD D. MOOREFIELD, JR., ESQ.
hmoorefield@swmwas.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Counsel for BankFirst, a South Dakota state bank
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:(305) 789-3467
Facsimile:(305) 789-3395

Case No. 08-11761-RAM

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on this 3rd day of March 2008 to Robert C. Furr, Esq. & Alvin S. Goldstein, Esq., *Counsel for Beach House Property, LLC,* 2255 Glades Rd. #337W, Boca Raton, FL 33431 and Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130.

Respectfully submitted,

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
Counsel for BankFirst, a South Dakota state bank
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3467
Facsimile:    (305) 789-3395

By:   /s/ Harold D. Moorefield, Jr.
        HAROLD D. MOOREFIELD, JR., ESQ.
        Florida Bar No. 239291
        hmoorefield@swmwas.com

G:\W-BANK\Bankfirst - Beach House\Drafts\N-appearance (Beach House).wpd