### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:

**BEACH HOUSE PROPERTY, LLC,**                    **Case No. 08-11761-RAM**

            Debtor.                               Chapter 11
_____/

### MOTION TO WITHDRAW AS COUNSEL TO CREDITOR, BANKFIRST,
### AND REQUEST FOR REMOVAL FROM
### COURT MATRIX, ELECTRONIC NOTICES, AND OTHER SERVICE LISTS

HAROLD D. MOOREFIELD, JR., ESQ. and the law firm of STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. **(collectively, "Stearns Weaver")**, pursuant to Local Rule 2091-1 of the Local Rules of this Court and Rule 4-1.16(b) of the Rules Regulating the Florida Bar, respectfully request the Court to enter an Order authorizing Stearns Weaver to withdraw their appearance as attorneys for BANKFIRST, a South Dakota state bank **("BankFirst")**, in the above-styled bankruptcy estate, and in support thereof, state as follows:

1.      On March 3, 2009, Stearns Weaver filed a Notice of Appearance [D.E. 19] as counsel to BankFirst in the Debtor's above-styled bankruptcy case.

2.      BankFirst was a secured creditor of the Debtor's bankruptcy estate and was the successful purchaser (via credit bid) of the Debtor's property located on Collins Avenue in Surfside, Florida **("Property")**.   However, on July 17, 2009, BankFirst was closed by the South Dakota Division of Banking, and the Federal Deposit Insurance Corporation **("FDIC" or "Receiver")** was appointed as receiver of BankFirst.   By express operation of law, as Receiver, the FDIC assumed all rights, titles, powers, privileges and operations of BankFirst for purposes of this bankruptcy case. *See* 12 U.S.C. § 1821(d)(2).  Immediately upon the FDIC becoming the Receiver for BankFirst, all

of BankFirst's interests in the above-styled bankruptcy case were transferred to the FDIC. *See* 12

U.S.C. § 1821(d)(2).

     3.    Stearns Weaver is aware that a portion of BankFirst's claim against the Debtor's

estate has been sold and transferred by the Receiver to Beal Bank.  Both Beal Bank and the FDIC

have retained separate counsel to represent them in this case.  Their contact information is as

follows:

**As to the FDIC:**

| | |
|---|---|
| ROBERT B. TRUELSON II, ESQ. | PAULINO A. NUÑEZ, JR. |
| Email: rtruelson@fdic.gov | Email: pan@rtgn-law.com |
| FDIC Legal Division | Counsel for FDIC |
| 1601 Bryan Street, 35th Floor | 2100 Ponce de Leon Boulevard |
| Dallas, TX 75201 | Coral Gables, FL 33134 |
| Telephone:  (972) 761-8134 | Telephone:  (305) 350-2300 |
| FAX:  (972) 761-8181 | FAX:  (305) 350-2525 |

**As to BEAL BANK:**

| | |
|---|---|
| ROBERT A. ACKERMANN, ESQ. | MICHAEL W. MCLEOD, ESQ. |
| Email: rackermann@bealbank.com | Email: mmcleod@seidenlaw.com |
| Counsel for BEAL BANK | ANDREW SEIDEN, ESQ. |
| Loan Administration | Email: aseiden@seidenlaw.com |
| 6000 Legacy Drive | Seiden, Alder, Matthewman & Bloch, P.A. |
| Plano, TX 75024 | Counsel for BEAL BANK |
| Telephone:  (469) 467-5352 | 7795 N.W. Beacon Square Blvd., Suite 201 |
| FAX:  (469) 467-7398 | Boca Raton, FL 33487 |
| | Telephone:  (561) 416-0170 |
| | FAX:  (561) 416-0171 |

     4.    Prior to the appointment of the Receiver, Stearns Weaver was in the process of

finalizing matters in connection with confirmation of the Plan proposed by both BankFirst and

Soneet Kapila, Chapter 11 Trustee, and the closing on the sale of the Debtor's Property to BankFirst

or its assigns as contemplated by the Plan and approved by this Court's Order [D.E. 428].  One of

the matters not yet finalized was the recording of the *Trustee's Quit Claim Deed* for the Property, which was executed on June 29, 2009, by SONEET KAPILA, as Chapter 11 Trustee of the Debtor's bankruptcy estate, as Grantor, to BankFirst's assign, BF-RIO GRANDE, LLC, a Minnesota Limited Liability Company, as Grantee **("Deed")**.

5.      The Receiver instructed Stearns Weaver to not record the Deed.  Accordingly, Stearns Weaver gives notice to the Court and all interested parties that it remains in possession of the originals of the (i) unrecorded Deed, and (ii) the *General Release* from SONEET KAPILA, as Chapter 11 Trustee of the Debtor's bankruptcy estate to BankFirst, dated June 29, 2008.  Copies of the Deed and General Release are attached hereto as Exhibits A and B, respectively.

6.      Florida Bar Rule 4-1.16(b) provides that "a lawyer may withdraw from representing a client if (1) withdrawal can be accomplished without material adverse effect on the interests of the client . . . (4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or (5) other good cause for withdrawal exists." Here, there would be no materially adverse effect on the interests of the FDIC, as Receiver, or Beal Bank as they have retained new counsel.

7.      Pursuant to Local Rule 2091-1, Stearns Weaver is serving a copy of this Notice on the client, BankFirst (via the Receiver and BankFirst's holding company, Marshall Financial Group, LLC), Beal Bank and its counsel, the FDIC and its counsel, the Trustee and his counsel, and all other interested parties as set forth on the attached Service List.

8.      Based on the foregoing, Stearns Weaver respectfully submits that good cause exits for its withdrawal as counsel to BankFirst in this case.

Case No. 08-11761-RAM

WHEREFORE, Stearns Weaver respectfully requests the Court to enter an Order (a) granting this Motion; (b) authorizing Stearns Weaver to withdraw as counsel to BankFirst in the above-styled bankruptcy case; (c) directing the Clerk to remove Stearns Weaver from the Court's mailing matrix, electronic notice and other service lists in this case; and (d) granting such further relief as the Court deems proper.

Dated: February 3, 2010.

Respectfully submitted,

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**STEARNS WEAVER MILLER WEISSLER**
**ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3467
Facsimile:    (305) 789-3395


By:   */s/  Harold D. Moorefield, Jr.*
            HAROLD D. MOOREFIELD, JR., ESQ.
            Florida Bar No. 239291
            hmoorefield@stearnswewaver.com

Case No. 08-11761-RAM

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and by U.S. Mail to all other parties on the attached Service List.

By:  <u>*/s/ Harold D. Moorefield, Jr.*</u>
        HAROLD D. MOOREFIELD, JR., ESQ.

146604.3

## SERVICE LIST

The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

Robert Ader, Esq.
*aderlaw@aol.com*
*Counsel for Florida Demolition, Inc.*

Nicholas B. Bangos, Esq.
*nbb@nickbangoslaw.com*
*Counsel for Baiz, Iglesias, Comalada, Bernat, Medina & Monis*

Jeffrey P. Bast
*jeff@bastlaw.com*
*Counsel for Alpine Drive Property Co LLC & Edward R. Rabin*

Rachel S Budke, Esq.
*rachel_budke@fpl.com*
*Counsel for Florida Power & Light Company*

Drew M. Dillworth, Esq.
Harold D Moorefield Jr.
*ddillworth@stearnsweaver.com*
*hmoorefield@stearnsweaver.com*
*marocha@stearnsweaver.com*
*rross@stearnsweaver.com*
*Counsel for BankFirst*

Mariaelena Gayo-Guitian, Esq.
*mguitian@gjb-law.com; cbucolo@gjb-lwas.com*
*gjbecf@gjb-law.com; vlambdin@gjb-law.com*
*Counsel for Simon Neumann Ladenzon and ABL Management & Marketing, Inc.*

Alvin S. Goldstein, Esq.
*mmitchell@furcohen.com*
*Counsel for Beach House Property, LLC*

Bart A. Houston, Esq.
*bhouston@gjb-law.com; vhylton@gjb-law.com*
*cbucolo@gjb-law.com*
*Counsel for ABL Mgmt. & Marketing, Inc.*

Soneet Kapila, Trustee
*trustee@kapilaco.com*
*FL68@ecfcbi.com*
*msams@kapilaco.com*

Corali Lopez-Castro, Esq.
David Samole, Esq.
*clc@kttlaw.com; rcp@kttlaw.com*
*das@kttlaw.com; pm@kttlaw.com*
*la@kttlaw.com; ycc@kttlaw.com*
*Counsel for Soneet Kapila, Trustee*

Office of the US Trustee
*USTPRegion21.MM.ECF@usdoj.gov*

Craig V. Rasile, Esq.
*crasile@hunton.com; mtucker@hunton.com*
*mmanering@hunton.com;*
*adeboer@hunton.com; rbecker@hunton.com*
*Counsel for Hunton & Williams LLP*

Douglas J. Snyder, Esq.
*djspa@aol.com*
*Counsel for Maximo Bear*

James B. Sowka, Esq.
*jsowka@seyfarth.com*
*Counsel for BankFirst*

Melinda S. Thornton, Esq.
*cao.bkc@miamidade.gov*
*Counsel for Miami-Dade County Tax Collector*

Maureen Vitucci
*mvitucci@gray-robinson.com*
*Counsel for BankUnited*

The following parties were served via U.S. Mail.

Beach House Property, LLC
c/o Alejandro Perez
3537 NW 61st Circle
Boca Raton, FL 33496
*Debtor-in-Possession*

Charles B Hernicz, Esq.
15854 Bent Creek Rd
Wellington, FL 33414
*Counsel for Storetech, Inc.*

Jerika Properties, Inc.
Attn: Alan Waserstein
6001 NW 153rd Street, #110
Miami Lakes, FL 33014

Corali Lopez-Castro
c/o Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon
9th Floor
Coral Gables, FL 33134

Ben Lowinger
22 Causeway
Lawrence, NY 11559

Shane G Ramsey
220 S Franklin St.
Tampa, FL 33602
*Counsel for Boris Stec*

Ivan J. Reich
Gray Robinson, P.A.
401 E. Las Olas Blvd., Suite 1850
Fort Lauderdale, FL 33321

Harry P Stampler
2801 Evans St.
Hollywood, FL 33020

Michael S. Tobin
11900 Biscayne Blvd., Suite 740
Miami, FL 33181
*Counsel for Jacobo Husni*

Emanuel Tropnasse
166 Bainbridge Street
Brooklyn, NY 11233

Jorge M. Vigil
283 Catalonia Avenue, Second Floor
Coral Gables, FL 33134

Michelle A. Williams, Esq.
Arista & Herran, PL
2655 Le Jeune Road, Suite 700
Coral Gables, FL 33134
*Counsel for Beach House A801 - 09/06
Corp.*

Gus Paloian
Seyfarth Shaw, LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603

Robert B. Truelson II
FDIC Legal Division
1601 Bryan Street, 15th Floor
Dallas, TX 75201
*For the FDIC*

Andrew Seiden, Esq.
Michael W. McLeod, Esq.
Seiden, Alder, Matthewman & Bloch, P.A.
7795 NW Beacon Square Blvd., Suite 201
Boca Raton, FL 33487
*Counsel for Beal Bank Nevada*

Marshall Financial Group
225 S 6 St. #2900
Minneapolis, MN 55402

Paulino A. Nuñez, Jr.
Tramont Guerra & Nuñez
2100 Ponce de Leon Blvd.
Coral Gables, FL 33134

Michael W. McLeod, Esq.
Seiden, Alder, Matthewman & Bloch, PA
7795 NW Beacon Square Blvd., Suite 201
Boca Raton, FL 33487