

**ORDERED in the Southern District of Florida on February 08, 2010.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**BEACH HOUSE PROPERTY, LLC**,                         Case No. 08-11761-RAM

          Debtor.                                     Chapter 11

_____/

**ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL TO CREDITOR, BANKFIRST, AND REQUEST FOR REMOVAL
FROM COURT MATRIX, ELECTRONIC NOTICES, AND OTHER SERVICE LISTS**

This matter came before the Court upon Seyfarth Shaw LLP's (**"Seyfarth Shaw"**)

*Motion to Withdraw As Counsel to Creditor, BankFirst, and Request for Removal from Court*

*Matrix, Electronic Notices, And Other Service Lists* ("**Motion to Withdraw"**).

The Court considered the Motion to Withdraw, and is duly advised in the premises.

Accordingly, it is hereby,

    **ORDERED** as follows:

     1.     James B. Sowka, Gus A. Paloian, William J. Factor and the law firm of Seyfarth Shaw LLP are authorized to withdraw as counsel to BankFirst in the above-styled bankruptcy case.

     2.     The Clerk is directed to remove James B. Sowka, Gus A. Paloian, William J. Factor and the law firm of Seyfarth Shaw LLP from the Court's mailing matrix, electronic notice and other service lists in this case.

###

**Submitted By:**
JAMES B. SOWKA, ESQ.
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile:  (312) 460-7000
jsowka@seyfarth.com


The party submitting this order shall serve a copy of the signed order on all parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).