UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

BEACH HOUSE PROPERTY, LLC,                              Case No. 08-11761-RAM

    Debtor.                                                                Chapter 11

_____/

## NOTICE OF APPEARANCE OF COUNSEL
## FOR BEAL BANK NEVADA,
## AND REQUEST FOR SERVICE OF COPIES

PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance as counsel for BEAL BANK NEVADA, pursuant to Rules 2002 and 9019. All parties are requested to take notice of said appearance and to serve copies of any and all pleadings and papers in this matter that come before the Court in this case or any related adversary proceeding on Michael W. McLeod of Seiden, Alder, Matthewman & Bloch, P.A. at the following address:

Michael W. McLeod
Seiden, Alder, Matthewman & Bloch, P.A.
Counsel for Beal Bank Nevada
7795 NW Beacon Square Blvd., Suite 201
Boca Raton, Florida  33487
Telephone: (561) 416-0170
Facsimile: (561) 416-0171

Dated: February 10, 2010        Respectfully Submitted,
                                          SEIDEN, ALDER, MATTHEWMAN & BLOCH P.A.
                                          Attorneys for BEAL BANK NEVADA
                                          7795 NW Beacon Square Blvd., Suite 201
                                          Boca Raton, FL 33487
                                          Telephone:     (561) 416-0170
                                          Facsimile:      (561) 416-0171

        By: /s/ Andrew Seiden, Esq.
            Andrew Seiden
            Florida Bar No. 373672
            aseiden@seidenlaw.com

        By: /s/ Michael W. McLeod, Esq.
            Michael W. McLeod
            Florida Bar No. 956831
            mmcleod@seidenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and by U.S. Mail to all other parties on the attached Service List.

        By: /s/ Andrew Seiden, Esq.
            Andrew Seiden
            Florida Bar No. 373672
            aseiden@seidenlaw.com

## SERVICE LIST

Robert Ader, Esq.
aderlaw@aol.com
Counsel for Florida Demolition, Inc.

Nicholas B. Bangos, Esq.
nbb@nickbangoslaw.com
Counsel for Baiz, Iglesias, Comalada, Bernat, Medina & Monis

Jeffrey P. Bast
jeff@bastlaw.com
Counsel for Alpine Drive Property Co LLC & Edward R. Rabin

Rachel S Budke, Esq.
rachel.budke@fvl.com
Counsel for Florida Power & Light Company
Drew M. Dillworth, Esq.

Harold D Moorefield Jr.
dillworth@stearnsweaver.com
hmoorefield@stearnsweaver.com
marocha@stearnsweaver.com
rross@stearnsweaver.com
Counsel for BankFirst

Mariaelena Gayo-Guitian, Esq.
mlluitian@ gib-law. com
cbucolo@gjb-lwas.com
gibecf@ gib-lawcom
vlambdin@gib-law.com
 Counsel for Simon Neumann Ladenzon and ABL Management & Marketing, Inc.

Alvin S. Goldstein, Esq.
mmitchell@furcohen.com
Counsel for Beach House Property, LLC

Bart A. Houston, Esq.
bhouston@flib-law.com
vhylton@gib-law.com cbucolo@gib-law.com
Counsel for ABL Mgmt. & Marketing, Inc.

Soneet KapiIa, Trustee
trustee@kaoilaco.com
FL68@ecfcbi.com
msams@kapilaco.com

 Corali Lopez-Castro, Esq.
David Samole, Esq.
clc@kttlaw.com;   rco@kttlaw.com
das@kttlaw.com;   om@kttlaw.com
la@kttlaw.com; ycc@kttlaw.com
Counsel for Soneet Kapila, Trustee

Office of the US Trustee
USTPReflion21.MM.ECF@usdoi.gov

Craig V. Rasile, Esq.
crasile@hunton.com;  mtucker@hunton.com
mmanering@hunton.com;
 adeboer@hunton.com; rbecke r@hunton.com
Counsel for Hunton & Williams LLP

Douglas J. Snyder, Esq.
disoa@aol.com
Counsel for Maximo Bear

James B. Sawka, Esq.
isowka@sevfarth.com
Counsel for BankFirst

Melinda S. Thornton, Esq.
cao. bkc@miamidade.flov
Counselfor Miami-Dade County Tax Collector

Maureen Vitucci
mvitucci@ gray-robinson. com
Counsel for Bank United

**The following parties were served via U.S. Mail:**

Beach House Property, LLC
c/o Alejandro Perez
3537 NW 61st Circle
Boca Raton, FL 33496
Debtor-in-Possession

Charles B Hernicz, Esq.
15854 Bent Creek Rd
Wellington, FL 33414
Counsel for Storetech, Inc.

Jerika Properties, Inc.
Attn: Alan Waserstein
6001 NW 153rd Street, #110
Miami Lakes, FL 33014

Corali Lopez-Castro
c/o Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

Ben Lowinger
22 Causeway
Lawrence, NY 11559

Shane G Ramsey
220 S Franklin Street
Tampa, FL 33602
Counsel for Boris Stec

Ivan J. Reich
Gray Robinson, P.A.
401 E. Las Olas Blvd., Suite 1850
Fort Lauderdale, FL 33321

Harry P Stampler
2801 Evans Street
Hollywood, FL 33020

Michael S. Tobin
11900 Biscayne Blvd., Suite 740
Miami, FL 33181
Counsel for Jacobo Husni

Ernanuel Tropnasse
166 Bainbridge Street
Brooklyn, NY 11233

Jorge M. Vigil
283 Catalonia Avenue, Second Floor
Coral Gables, FL 33134

Michelle A. Williams, Esq.
Arista & Herran, PL
2655 Le Jeune Road, Suite 700
Coral Gables, FL 33134
Counsel for Beach House A801 - 09/06 Corp.

Gus Paloian
Seyfarth Shaw, LLP
131 S. Dearborn Street, Suite 2400
Chicago, Il 60603

Robert B. Truelson II
FDIC Legal Division
1601 Bryan Street, 15th Floor
Dallas, TX 75201
For the FDIC

Marshall Financial Group
225 S 6 S1. #2900
Minneapolis, MN 55402

Paulino A. Nunez, Jr.
Tramont Guerra & Nunez
2100 Ponce de Leon Blvd
Coral Gables, FL 33134