'RDERED in the Southern District of Florida on _April 21, 2010_



_____
Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

BEACH HOUSE PROPERTY, LLC,                        Case No. 08-11761-RAM

    Debtor.                                           Chapter 11

_____/

**ORDER GRANTING MOTION FOR A ONE WEEK ENLARGEMENT OF TIME TO FILE JOINT DESIGNATION NOTICE OF SUCCESSOR TO BANKFIRST'S INTERESTS IN COMPLIANCE WITH THIS COURT'S ORDER OF MARCH 30, 2010 (D.E. 476), AND AGREED EX PARTE MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT TRANSFER DOCUMENTS**

This matter comes before the Court on the **MOTION FOR A ONE WEEK ENLARGEMENT OF TIME TO FILE JOINT DESIGNATION NOTICE OF SUCCESSOR TO BANKFIRST'S INTERESTS IN COMPLIANCE WITH THIS COURT'S ORDER OF MARCH 30, 2010 (D.E. 476), AND AGREED EX PARTE MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT TRANSFER DOCUMENTS,** filed by BEAL BANK NEVADA, with the agreement of the Federal Deposit Insurance Corporation as Receiver of Bank First ("FDIC"). The Court has considered the record, and the argument of counsel, and finds good

cause to grant the enlargement of time requested as follows:

The Motion For a One Week Enlargement of time is granted. BEAL BANK NEVADA and the FDIC shall file a **JOINT DESIGNATION NOTICE OF SUCCESSOR TO BANKFIRST'S INTERESTS IN COMPLIANCE WITH THIS COURT'S ORDER OF MARCH 30, 2010 (D.E. 476), AND EX PARTE AGREED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT TRANSFER DOCUMENTS**, on or before April 27, 2010.

###

Respectfully Submitted,

SEIDEN, ALDER, MATTHEWMAN, P.A.
Attorneys for BEAL BANK NEVADA
7795 NW Beacon Square Blvd., Suite 201
Boca Raton, FL 33487
Telephone:    (561) 416-0170
Facsimile:    (561) 416-0171


By: /s/ Michael W. McLeod, Esq.
    Michael W. McLeod
    Florida Bar No. 956831
    mmcleod@seidenlaw.com

COPIES TO:

Michael W. McLeod, Esq.

[Attorney McLeod is directed to serve copies of this Order on all interested parties and to file a certificate of serice].

2

# CERTIFICATE OF NOTICE

```
District/off: 113C-1           User: garcian            Page 1 of 1              Date Rcvd: Apr 22, 2010
Case: 08-11761                 Form ID: pdf004          Total Noticed: 1

The following entities were noticed by first class mail on Apr 24, 2010.
          Michael W McLeod Esq,   7797 NW Beacon Square Blvd #201,   Boca Raton, FL  33487
The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2010**                    Signature:     _Joseph Speetjens_