Receipt # 290069

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI-DADE DIVISION

In re:                                          Case No. 08-11761-BKC-RAM
                                                Chapter 7
BEACH HOUSE PROPERTY, LLC

Debtor(s).
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( X ) The trustee has unclaimed funds of $1,396.91 remaining in the trustee's account which represents a check drawn with an unknown address to mail to entity pursuant to the final distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entity; or

. Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 5/16/11

Soneet R. Kapila, Trustee
P.O. Box 14213
Fort Lauderdale, FL 33302
Phone: 954/761-8707
Fax: 954/761-1033
E-mail: trustee@kapilaco.com

Copies to: U.S. trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                                                 Case No. 08-11761-BKC-RAM
                                                                       Chapter 7
BEACH HOUSE PROPERTY, LLC

       Debtor(s).
_____/

## Attachment

| Claim # | Name/Address | Claim Amount | Distribution Amount |
|---|---|---|---|
| 12 | Waste Management<br>RMC<br>2421 W. Peoria Ave., #110<br>Phoenix, AZ 85029 | $1,440.66 | $155.97 |
| Scheduled | Action Travel, SA<br>Tucuman 359 Piso 8<br>Buenos Aires, 1049<br>Argentina | $37.00 | $4.01 |
| Scheduled | All Hotels Limited<br>Sanderson House<br>Edinborough, Lothain EH6 6SU | $234.30 | $25.37 |
| Scheduled | American Express<br>PO Box 360001<br>Ft. Lauderdale, FL 33336 | $249.88 | $27.05 |
| Scheduled | American Express Co. Mexico<br>Costera Miguel Aleman #1628<br>Acupulco, Guerrero 39670<br>Mexico | $43.50 | $4.71 |
| Scheduled | Austin Travel<br>100 Phoenix Ave.<br>Edfield, CA 94513 | $34.00 | $3.68 |
| Scheduled | Corporation Service Co.<br>2711 Centerville Rd.<br>Wilmington, DE 19808 | $344.00 | $37.24 |

| | | | |
|---|---|---|---|
| Scheduled | Florida IP Telecom, Inc.<br>19495 Biscayne Blvd.<br>Miami, FL 33180 | $242.85 | $26.29 |
| Scheduled | Florida Power & Light<br>PPC Room 2420<br>9250 W. Flagler Street<br>Miami, FL 33174 | $1,620.04 | $175.39 |
| Scheduled | Four Seasons Travel Service<br>80 SW 8th Street, #2710<br>Miami, FL 33130 | $75.00 | $8.12 |
| Scheduled | Global Travel International<br>PO Box 25244<br>Dallas, TX 75225 | $21.40 | $2.32 |
| Scheduled | Graphink Printing & Promotions<br>7341 NW 35th street<br>Miami, FL 33122 | $107.00 | $11.58 |
| Scheduled | Greenberg Traurig, PA<br>1221 Brickell Ave, 22nd FL<br>Miami, FL 33131 | $1,787.80 | $193.56 |
| Scheduled | Polo Travel<br>3912 E. Grant<br>Lyndhurst, NY 07071 | $15.50 | $1.68 |
| Scheduled | Polo Wings, LI, Inc.<br>9 Polito Ave., #815<br>Lyndhurst, NY 07071 | $63.80 | $6.91 |
| Scheduled | Private Oceans, Inc.<br>18642 Cape Sable Dr.<br>Boca Raton, FL 33498 | $221.23 | $23.95 |
| Scheduled | Redefine, LLC<br>1441 Brickell Ave., #1210<br>Miami, FL 33131 | $4,140.87 | $448.31 |
| Scheduled | Rider Travel Group<br>1550 Metcalfe St.<br>Montreal, PQ H3A1x6<br>Canada | $108.80 | $11.78 |

| | | | |
|---|---|---|---|
| Scheduled | Sprint<br>PO Box 660092<br>Dallas, TX 75266 | $1,072.54 | $116.12 |
| Scheduled | TravelWeb<br>4100 S. Hulen #150<br>Fort Worth, TX 76109 | $779.40 | $84.38 |
| Scheduled | Turismo Grant<br>Huefanos #863 Oficina 516<br>Santiago, Chile | $28.90 | $3.13 |
| Scheduled | Turismo Tajamar<br>Orrego Luco 023<br>Providencia Santiago<br>Chile | $172.00 | $18.62 |
| Scheduled | VTS Travel Enterprise<br>150 E 52nd Street, 5 FL.<br>New York, NY 10022 | $62.30 | $6.74 |

*Soneet R. Kapila, Federal Bankruptcy Trustee*

Post Office Box 14213, Fort Lauderdale, Florida 33302
Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: *www.kapilatrustee.com*